IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21-cv-0103-WSH |
| | ) |
| EXCELA HEALTH, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

AND NOW, this 13th day of September, 2021, the Court having been advised by court-appointed mediator, Kenneth J. Benson that the above-captioned case has been resolved (see Docket No. 16, and that the matter remaining is the submission of a Stipulation of Dismissal under Fed. R. Civ. P. 41(a), and, it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED, that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and; that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and;

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period prior to dismissal, including, but not limited to, enforcing settlement.

BY THE COURT,

/s/  *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: counsel of record